IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, individually as patrol captain and supervisor of the Grand Island police department; JUSTIN ROEHRICH, individually as an employee of the city of Grand Island and an officer with the Grand Island police department; BRADLEY BROOKS, individually as an employee of the city of Grand Island and sergeant with the Grand Island police department; and JOSE RODRIGUEZ, individually as an employee of the city of Grand Island and an officer with the Grand Island police department;<br><br>　　　　　Defendants. | **8:19CV473**<br><br><br>**ORDER** |

　　　This matter is before me on Plaintiff's motion (filing 20) to extend the deadlines in the court's progression order (filing 19) by 90 days. Plaintiff requests the extension due to his limited access to his institution's law library because of lockdown directives put in place because of the COVID-19 pandemic. Upon consideration and receiving no objection from Defendants,

IT IS ORDERED that:

1. Plaintiff's motion to extend the progression deadlines (filing 20) is granted.

2. The deadlines related to the previously-filed Order Setting Schedule for Progression of Case (filing 19) are suspended until further order of the court.

3. The Final Pretrial Conference scheduled for March 25, 2021, is continued until further order of the court.

4. The court will enter an amended progression order.

Dated this 10th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge