IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH, | |
| Plaintiff, | 8:19CV473 |
| vs. | |
| CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, individually as patrol captain and supervisor of the Grand Island police department; JUSTIN ROEHRICH, individually as an employee of the city of Grand Island and an officer with the Grand Island police department; BRADLEY BROOKS, individually as an employee of the city of Grand Island and sergeant with the Grand Island police department; and JOSE RODRIGUEZ, individually as an employee of the city of Grand Island and an officer with the Grand Island police department; | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the court on Defendants' Motion for Leave to File Amended Answer to Amended Complaint. (Filing 34.) Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Upon consideration,

IT IS ORDERED that: Defendants' Motion for Leave to File Amended Answer to Amended Complaint (filing 34) is granted.

Dated this 21st day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge