IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, individually as patrol captain and supervisor of the Grand Island police department; JUSTIN ROEHRICH, individually as an employee of the city of Grand Island and an officer with the Grand Island police department; BRADLEY BROOKS, individually as an employee of the city of Grand Island and sergeant with the Grand Island police department; and JOSE RODRIGUEZ, individually as an employee of the city of Grand Island and an officer with the Grand Island police department;<br><br>          Defendants. | **8:19CV473**<br><br><br>**ORDER** |

       This matter is before me on Defendants' Motion to Continue Progression Order. (Filing 38.) Defendants ask the court to continue the Pretrial Conference and other progression deadlines in the court's Amended Order Setting Schedule for Case Progression (filing 23) and Order (filing 27) by at least 90 days. Upon consideration,

       IT IS ORDERED that Defendant's Motion to Continue Progression Order (filing 38) is granted on the following terms:

       1.     The progression schedule (filings 23 & 27) is modified to provide that:

a. All depositions, whether or not they are intended to be used at trial, shall be completed by May 17, 2021.

b. Motions to compel discovery shall be filed on or before May 31, 2021.

c. All dispositive motions shall be filed on or before June 14, 2021.

2. In all other respects, the progression order is stayed, and the Final Pretrial Conference scheduled for June 22, 2021, is continued until further order of the court.

Dated this 26th day of February, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge