IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, in his individual capacity; JUSTIN ROEHRICH, in his individual capacity; BRADLEY BROOKS, in his individual capacity; and JOSE RODRIGUEZ, in his individual capacity;<br><br>        Defendants. | **8:19CV473**<br><br>**ORDER** |

This matter is before the court on Defendants' Motion to Take Plaintiff's Deposition. (Filing 45.) Plaintiff is currently incarcerated at the United States Penitentiary Leavenworth in Leavenworth, Kansas. Upon careful consideration,

IT IS ORDERED that: Defendants' Motion to Take Plaintiff's Deposition (filing 45) is granted. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are granted leave of this court to take the deposition of Plaintiff Phillip E. Smith at the United States Penitentiary Leavenworth in Leavenworth, Kansas. To the extent necessary or appropriate, Defendants may conduct the deposition via videoconferencing rather than in person given the limitations and restrictions imposed by the COVID-19 pandemic.

Dated this 24th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge