IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, in his individual capacity; JUSTIN ROEHRICH, in his individual capacity; BRADLEY BROOKS, in his individual capacity; and JOSE RODRIGUEZ, in his individual capacity;<br><br>    Defendants. | **8:19CV473**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Defendants' Motion to Continue Progression Order (filing 51), in which they request that deadlines established in the court's May 21, 2021 progression order (filing 47) be extended for a period of 30 days. Upon consideration and for good cause shown,

   IT IS ORDERED that:

   1.  Defendants' Motion to Continue Progression Order (filing 51) is granted, and the court's progression order (filing 47) is modified as follows:

      a.  The deadline for completing depositions is extended from August 16, 2021, to September 15, 2021.

      b.  The deadline for filing motions to compel discovery is extended from August 30, 2021, to September 29, 2021.

      c.      The deadline for filing dispositive motions is extended from September 13, 2021, to October 13, 2021.

2. The Magistrate Judge shall enter an Amended Order Setting Schedule for Progression of Case, which will incorporate the date changes outlined above, establish a schedule for preparation of the Order on Final Pretrial Conference, and schedule a date for the Final Pretrial Conference commensurate with the foregoing deadlines.

Dated this 9th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge