IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILLIP E. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF GRAND ISLAND, a political subdivision of the State of Nebraska; DEAN ELLIOTT, in his individual capacity; JUSTIN ROEHRICH, in his individual capacity; BRADLEY BROOKS, in his individual capacity; and JOSE RODRIGUEZ, in his individual capacity;<br><br>        Defendants. | **8:19CV473**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Defendants' Motion to Continue Progression Order (filing 56) and Plaintiff's Motion to Continue Progression Order (filing 57). Defendants request that deadlines established in the court's August 9, 2021 progression order (filing 53) be extended for a period of 45 days, and Plaintiff asks that the deadlines be extended 90 days. Plaintiff, however, objects to the deadline for completing depositions being extended to permit Defendants to complete Plaintiff's deposition. (Filing 58.) Upon consideration and for good cause shown,

IT IS ORDERED that:

1. Defendants' Motion to Continue Progression Order (filing 56) and Plaintiff's Motion to Continue Progression Order (filing 57) are granted. The court's progression order (filing 53) is modified as follows:

    a.    The deadline for completing depositions is extended from September 15, 2021, to December 14, 2021.

    b.    The deadline for filing motions to compel discovery is extended from September 29, 2021, to December 28, 2021.

    c.    The deadline for filing dispositive motions is extended from October 13, 2021, to January 12, 2022.

2.    The Magistrate Judge shall enter an Amended Order Setting Schedule for Progression of Case, which will incorporate the date changes outlined above, establish a schedule for preparation of the Order on Final Pretrial Conference, and schedule a date for the Final Pretrial Conference commensurate with the foregoing deadlines.

3.    Plaintiff's objection (filing 58) is overruled.

Dated this 27th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge